# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PRESTON KYLES, individually, and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:20-cv-07146<br>)<br>) Judge John Robert Blakey |
| HOOSIER PAPA LLC, an Indiana limited liability company; and PAPA JOHN'S INTERNATIONAL, INC., a Delaware corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## NOTIFICATION OF AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Papa John's International, Inc. ("Papa John's"), by and through undersigned counsel, certifies that Papa John's is a publicly traded corporation and that the following entities own more than 5% of Papa John's stock: T. Rowe Price Associates, Inc.; The Vanguard Group, Inc.; BlackRock Institutional Trust Company, N.A.; and Jackson Square Partners, LLC.

Dated: December 23, 2020

Respectfully submitted,

**PAPA JOHN'S INTERNATIONAL, INC.**

By: */s/ Erin Bolan Hines*
   One of Its Attorneys

Melissa A. Siebert (*masiebert@shb.com*)
Erin Bolan Hines (*ehines@shb.com*)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

## CERTIFICATE OF SERVICE

      I, Erin Bolan Hines, an attorney, hereby certify that on **December 23, 2020**, I caused a true and correct copy of **NOTIFICATION OF AFFILIATES** to be electronically served on all counsel via the Court's EC/CMF system.

      */s/ Erin Bolan Hines*