UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PRESTON KYLES, individually and on behalf of all others similarly situated, | Plaintiff(s) VS. | |
| | | Court No.: 20-cv-7146 |
| HOOSIER PAPA LLC, an Indiana limited liability company; and PAPA JOHN'S INTERNATIONAL, INC., a Delaware corporation, | Defendant(s) | |

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Dawn Griffin-Luce, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons, Civil Cover Sheet and Class Action Complaint and Demand for Jury Trial

Defendant to be served: Hoosier Papa LLC

ADDRESS WHERE ATTEMPTED OR SERVED: Janelle E. Tompson, Agent for Service, 301 W Jefferson Blvd
Fort Wayne, IN, 46802

I SERVED the within named defendant on: 12/11/2020 3:30 PM

X CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with Kassidy Stanbaugh, (Title): Authorized Agent, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 18 Gender: Female Race: Caucasian Height: 5-4 Weight: 101-125 Hair: Blonde Eyes: Brown

Additional Comments: I wore a mask and socially distanced myself as best I could when completing this service.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of Indiana
County of Allen

Signature of Process Server

Subscribed and sworn before me on 12/17/2020

Dawn Griffin-Luce
Printed Name
Process Server
Title

Notary Public

[Notary Seal: DIANA GRIFFIN-LUCE, ALLEN COUNTY, NOTARY PUBLIC, Commission Number 683369, My Commission Expires June 12, 2024, STATE OF INDIANA]

Page 1 of 1
File Number: 15558369
Reference Number: 3939657
Case Number: 20-cv-7146
Client: One Legal, LLC
Doc Generated: 12/14/2020 03:35:25.801 PM

818980_3939657_0_23_V4