# Exhibit B



# SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721
(217) 782-2035

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, IL 60601-3103
(312) 793-1332
TDD: (312) 793-6185

January 27, 2021

In re: Marquita McDonald, Indv., etc., Appellee, v. Symphony Bronzeville Park, LLC, etc., Appellant. Appeal, Appellate Court, First District.
126511

The Supreme Court today ALLOWED the Petition for Leave to Appeal in the above entitled cause.

We call your attention to Supreme Court Rule 315(h) concerning certain notices which must be filed.

Very truly yours,

*Carolyn Taft Grosboll*

Clerk of the Supreme Court