# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Preston Kyles

                           Plaintiff,

v.                                    Case No.: 1:20−cv−07146
                                                   Honorable John Robert Blakey

Hoosier Papa LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 6, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Defendant asks the Court to assume control of another case, Rowe v. Papa John's International, Inc., No. 1:23−cv−02082, currently pending before Judge Seeger, so that the matters can be consolidated here in a single action. See [98]. The plaintiffs oppose the request. Local Rule 40.4 instructs that case are related if they involve the same property, involve some of the same issues, grow out of the same transaction or occurrence, or, in class actions suits, one or more of the classes are the same. These cases arguably fit that bill. But reassignment remains proper under the rule only if each of the following criteria are also met: the cases are pending in this Court; having a single judge handle the cases saves substantial judicial time and effort; this case has not progressed to the point where reassignment will delay these proceedings; and the cases are susceptible to disposition in a single proceeding. LR 40.4(b). Defendant's request here fails under LR 40.4(b)(3) because this case has already survived a motion to dismiss and Rowe remains stuck for at least a time at that stage. Reassignment and consolidation would thus delay this case substantially. Accordingly, the Court denies Defendant's motion [98]. All set dates and deadlines stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.