THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Preston Kyles,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Papa John's International, Inc., et al.,<br><br>    *Defendants*. | Case No. 1:20-cv-07146<br><br>Hon. John Robert Blakey |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

As directed by the Court's August 27, 2025 Order, ECF No. 197, Plaintiff Preston Kyles and Defendant Papa John's International, Inc. ("PJI") (collectively, "the Parties"), hereby submit this joint status report regarding the status of the parties' settlement:

1. On August 22, 2025, the Parties accepted a mediator's proposal to reach agreement in principle for the class-wide resolution of Plaintiff's claims.

2. Since then, the Parties have worked diligently to finalize a term sheet and to solicit bids from settlement administrators. The Parties have, as of today, September 26, 2025, executed the settlement term sheet.

3. The Parties will continue to work together to prepare and execute a settlement agreement within the next 35 days in accordance with the term sheet, and to prepare and file a motion for preliminary approval shortly thereafter.

4. Accordingly, the Parties request that the Court order the filing of another status report by October 24, 2025.

| | |
|---|---|
| Dated: September 26, 2025 | **PRESTON KYLES**, individually and on behalf of all others similarly situated, |
| | /s/ Tom Kayes (*with permission*)<br>One of Plaintiffs' Attorneys |

Thomas R. Kayes
LOEVY + LOEVY
311 N. Aberdeen St., 3rd Fl
Chicago, IL 60607
312.243.5900
kayes@loevy.com

J. Dominick Larry
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Counsel for Plaintiff and the Proposed Classes*

| | |
|---|---|
| Dated: September 26, 2025 | Respectfully submitted, |
| | **PAPA JOHN'S INTERNATIONAL, INC.** |
| | /s/ Brian Browne<br>One of Its Attorneys |

Melissa A. Siebert (msiebert@cozen.com)
Erin Bolan Hines (ehines@cozen.com)
Brian Browne (bbrowne@cozen.com)
COZEN O'CONNOR L.L.P.
123 N. Wacker Dr., 18th Floor
Chicago, Illinois 60606
Phone: (312) 382-3100

*Counsel for Defendant Papa John's International, Inc.*