THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRESTON KYLES,<br><br> *Plaintiff,*<br><br>   v.<br><br>PAPA JOHN'S INTERNATIONAL, INC. et al.,<br><br> *Defendants.* | Case No. 1:20-cv-07146<br><br>Hon. John Robert Blakey |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

As directed by the Court's September 30, 2025 Order, ECF No. 199, Plaintiff Preston Kyles and Defendant Papa John's International, Inc. ("PJI") (collectively, "the Parties"), hereby submit this joint status report regarding the status parties' settlement in principle:

1. On September 26, 2025, the Parties executed a term sheet reflecting the principal components of the settlement-in-principle reached following the Parties' mediation.

2. Since then, the Parties have continued to work toward the execution of a full settlement agreement and filing of a motion for preliminary approval.

3. PJI has continued to assess its own data regarding class member contact information, and is interfacing with its franchisees to obtain additional information. The extent of the class member contact information available to PJI will affect the form and content of the notice documents and several portions of the settlement agreement.

4. While PJI has been working on the class member contact information, Plaintiff's counsel drafted a settlement agreement (based on current expectations regarding class member contact information and the notice process) and provided it to PJI for review. The Parties also solicited proposals from several settlement administrators—each accounting for multiple

1

scenarios for class member contact information, direct notice, publication notice, and claim forms—and have selected a settlement administrator.

     5.     Accordingly, the Parties request that the Court order the filing of another status report by November 25, 2025. Until then, the Parties will work to execute the term sheet, to execute a full settlement agreement, and to prepare a motion for preliminary approval.

Dated: November 7, 2025

**PRESTON KYLES**, individually and on behalf of all others similarly situated,

s/ J. Dominick Larry
One of Plaintiffs' Attorneys

Thomas R. Kayes
LOEVY + LOEVY
311 N. Aberdeen St., 3rd Fl
Chicago, IL 60607
312.243.5900
kayes@loevy.com

J. Dominick Larry
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Counsel for Plaintiff and the Proposed Classes*

Dated: November 7, 2025

Respectfully submitted,

**PAPA JOHN'S INTERNATIONAL, INC.**

s/ Brian Browne
One of Its Attorneys

Melissa A. Siebert (msiebert@cozen.com)
Erin Bolan Hines (ehines@cozen.com)
Brian Browne (bbrowne@cozen.com)
COZEN O'CONNOR L.L.P.
123 N. Wacker Dr., 18th Floor
Chicago, Illinois 60606

Phone: (312) 382-3100

*Counsel for Defendant Papa John's International, Inc.*