# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PRESTON KYLES, individually and on behalf of all others similarly situated, *Plaintiff*, v. PAPA JOHN'S INTERNATIONAL, INC., *Defendant*. | Case No. 1:20-cv-07146 Judge: Hon. John Robert Blakey |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Preston Kyles respectfully moves this Court, pursuant to Fed. R. Civ. P. 23(e), for an order certifying the proposed Settlement Class for settlement purposes, preliminarily approving Plaintiff's class action settlement with Defendant Papa John's International, Inc., and approving of the proposed notice and directing its issuance. Plaintiff's motion is based on his accompanying memorandum of points and authorities, the declarations of J. Dominick Larry and Thomas R. Kayes, and the exibits thereto, all filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court: (1) certify the proposed Settlement Class for settlement purposes only; (2) appoint Plaintiff as Settlement Class Representative for settlement purposes only; (3) appoint J. Dominick Larry of Nick Larry Law LLC and Thomas R. Kayes of Loevy + Loevy as Settlement Class Counsel; (4) preliminarily approve the proposed Settlement; (5) approve the form and methods of the proposed notice; (6) order the issuance of notice; and (7) grant such other relief as the Court deems reasonable and just.

Dated: December 12, 2025

Respectfully submitted,

**PRESTON KYLES,** individually and on behalf of all others similarly situated,

s/ J. Dominick Larry
One of Plaintiff's Attorneys

Thomas R. Kayes
LOEVY + LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
T: 312.243.5900
kayes@loevy.com

J. Dominick Larry
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Proposed Settlement Class Counsel*